UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:20-cr-289-JPH-DLP-01 |
| v. | ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A) |
| JOSE MANUAL OLVERA GARCIA | (COMPASSIONATE RELEASE) |

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission,

IT IS ORDERED that the motion is:

☐ DENIED.

☐ DENIED WITHOUT PREJUDICE.

☒ OTHER: Denied as moot.

☒ FACTORS CONSIDERED: See attached opinion.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:20-cr-00289-JPH-DLP |
| | ) | |
| JOSE MANUEL OLVERA GARCIA, | ) | -01 |
| | ) | |
| Defendant. | ) | |

**ORDER**

On January 16, 2024, Defendant Jose Manuel Olvera Garcia filed a motion seeking compassionate release under § 603 of the First Step Act of 2018, which is codified at 18 U.S.C. § 3582(c)(1)(A). Dkt. 74. Subsequently, the parties filed a stipulation to a modification of the Defendant's sentence pursuant to Amendment 821 to the United States Sentencing Guidelines, dkt. 77, and the Court issued an order reducing the Defendant's sentence, dkt. 79. Due to the sentence modification, the Court denied Defendant's first compassionate release motion without prejudice. Dkt. 82.

Defendant renewed his motion for compassionate release on June 16, 2025, arguing that he has been rehabilitated and that sentencing disparities made his sentence unfair. Dkt. 86 at 3. He further argued that non-citizens are unable to receive placement in home confinement and other benefits available to citizens. *Id.* at 3-5.

The Court does not address these arguments because the BOP's website reflects that Defendant was released from the BOP's custody on August 17, 2026. *See* https://www.bop.gov/inmateloc/ (last visited Aug. 31, 2026).

Because Defendant has completed his term of imprisonment, the Court can no longer grant him relief under § 3582(c)(1)(A)(i), and his motion for compassionate release, dkt. [86], is **denied as moot**. Defendant did not file a notice of updated address. Thus, a copy of this Order cannot be sent to him but shall be provided by the clerk upon request.

**SO ORDERED.**

Date: 9/1/2026

James Patrick Hanlon

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel

Jose Manuel Olvera Garcia
Reg. No. 17575-028
[No address on file—copy to be provided upon request]